IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN



 



ON REMAND


 





NO. 3-86-011-CR




AL SCHMITT,



 APPELLANT


vs.





THE STATE OF TEXAS,



 APPELLEE


 



FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT


NO. 85-287-K, HONORABLE JOHN R. CARTER, JUDGE PRESIDING


 





PER CURIAM

 On original submission, this Court reversed appellant's conviction for indecency
with a child in an unpublished opinion. The Court of Criminal Appeals granted the State's
petition for discretionary review, but later dismissed the petition and remanded the cause to us
with the instruction to abate the appeal due to the death of appellant. Tex. R. App. P. 9(b).

 The appeal is permanently abated.


Before Justices Powers, Aboussie and B. A. Smith

Appeal Permanently Abated

Filed: September 28, 1994

Do Not Publish